Opinion filed June 4, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed June 4, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00116-CV

                                                    __________

 

                                         IN RE EDDIE EDINGTON

 



 

                                                Original
Mandamus Proceeding

 



 

                                            M
E M O R A N D U M    O P I N I O N

Eddie
Edington has filed in this court a motion to dismiss his petition for writ of
mandamus.  The motion is granted, and the petition for writ of mandamus is
dismissed.

 

PER CURIAM

 

June 4, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.